**Order entered January 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00065-CV

**JERRY CHAMBERS, ET AL., Appellants**

**V.**

**ALLSTATE INSURANCE COMPANY, Appellee**

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 87353-422**

## ORDER

We **GRANT** appellants' January 21, 2014 motion for an extension of time to file a docketing statement. The docketing statement was filed with this Court on January 21, 2014.

/s/      ADA BROWN
            JUSTICE